UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW TOBIAS,

                Plaintiff,

v.

FEDERAL GOVERNMENT,

                Defendant.

CASE NO. C20-0341-RAJ

ORDER DENYING IN FORMA PAUPERIS REQUEST

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's IFP application is DENIED;

(3)     This case is DISMISSED without prejudice as frivolous under 8 U.S.C. § 1915(e)(2)(B), and Fed. R. Civ. P. 12(h)(3); and

/ / /

/ / /

/ / /

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1

1  (4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable
2  Mary Alice Theiler.
3  DATED this 9th day of April, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 2